

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00404-CV

| | | |
|---|---|---|
| IN THE ESTATE OF STEVEN STAVRON, DECEASED | § | On Appeal from Probate Court No. 1 |
| | § | of Tarrant County (2013-PR00606-1-C) |
| | § | November 10, 2021 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that each party shall pay its own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack